# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

PETER T. BEAUDRY

           V.           CASE NUMBER: 6:05-CV-893(WKS)

MANUFACTURERS & TRADERS TRUST COMPANY


[ ]    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[XX]    **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of Appellee **MANUFACTURERS & TRADERS TRUST COMPANY** against Appellant **PETER T. BEAUDRY** dismissing the appeal as moot pursuant to the Opinion and Order of the Hon. William K. Session, III, dated December 7, 2007.


DATED:    December 7, 2007

                                                    Clerk of Court

LKB:lmp